UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

MAR -3 2008

FILED

United States of America

v.

Kasey Harge

Case No. 03-cr-127-01-JD
USM No: 03177-049
Defense Attorney: Bjorn Lange, Esq.

Date of Previous Judgment: April 23, 2004
(Use Date of Last Amended Judgment if Applicable)

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ■ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 77 months is reduced to 63 months.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: 26
Criminal History Category: VI
Previous Guideline Range: 92 to 115 months.

Amended Offense Level: 24
Criminal History Category: VI
Amended Guideline Range: 77 to 96 months.

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
■ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated shall remain in effect.

**SO ORDERED.**

Order Date: March 3, 2008

Joseph A. DiClerico, Jr.
United States District Judge

Effective Date: March 3, 2008
(if different from date of order)